NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

OTIS C. SHEDRICK, JR.,                )
                                      )
           Appellant,                 )
                                      )
v.                                    )       Case No.  2D17-4269
                                      )
STATE OF FLORIDA,                     )
                                      )
           Appellee.                  )
_____  )

Opinion filed August 17, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Collier County; Frederick R. Hardt,
Judge.

Otis C. Shedrick, Jr., pro se.


PER CURIAM.


           Affirmed.


CASANUEVA, CRENSHAW, and SALARIO, JJ., Concur.